# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

H. Bradford Calvit
Provosty, Sadler
P. O. Drawer 1791
Alexandria LA 71309-1791

Rodney Marchive Rabalais
Attorney at Law
P. O. Box 447
Marksville LA 71351

Patrick Sadler
Attorney at Law
P. O. Box 1791
Alexandria LA 71309-1791

REHEARING ACTION: November 16, 2016

**Docket Number: 16   00136-CA**

**WILLIAM O. BELT**
**VERSUS**
**TRACY BRYANT BELT**

**Appealed from Avoyelles Parish Case No. 2012-8288-A/O**

**BEFORE JUDGES:**

Hon. Sylvia R. Cooks
Hon. John D. Saunders
Hon. Marc T. Amy

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **William O. Belt** has this day been

**DENIED.**

Saunders, J., recused himself.

cc: Terry George Aubin, Counsel for the Appellee